**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Fathima R. Deen, individually and on behalf of all
others similarly situated,

                        Plaintiff,                         Docket No: 2:17-cv-06677-DRH-AKT

                        -against-

Nationwide Credit, Inc.,

                        Defendant.

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

   **IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or

their respective counsel(s) that the above-captioned action is voluntarily dismissed with

prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear

its respective attorney's fees and costs.

Dated: September 4, 2018

**HINSHAW & CULBERTSON LLP**                **BARSHAY SANDERS, PLLC**

By:   /s Han Sheng Beh                        By:   /s Craig B. Sanders
Han Sheng Beh, Esq.                           Craig B. Sanders
800 Third Avenue                              100 Garden City Plaza, Suite 500
 New York, New York 10022                     Garden City, New York 11530
Tel: (212) 471-6202                           Tel. (516) 203-7600
*Attorneys for Defendant*                     Email: *ConsumerRights@BarshaySanders.com*
                                              Our File No: 113559
                                              *Attorneys for Plaintiff*